UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Laureen R. Bolster
dba By-Design Marketing, Inc.
Minnesota

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICE

Debtor

Chapter 7, Case No. 10-30495
------------------------------------------

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and Local Rule 2002-5, the undersigned hereby notes an appearance on behalf of:

National Default Servicing Corp., as servicer for US Bank, N.A.

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) except for motions for relief from the automatic stay brought by secured creditors to pursue collateral in which we do not have any recorded interest, served or filed in this case upon the undersigned at the office address and telephone number set forth below.

National Default Servicing Corp., as servicer for US Bank, N.A.
c/o USSET, WEINGARDEN & LIEBO, P.L.L.P
4500 Park Glen Road, Suite 300
St. Louis Park, MN 55416
(952) 925-6888

Dated: March 16, 2010

USSET, WEINGARDEN & LIEBO, P.L.L.P

By:   /s/  Paul A. Weingarden
        Paul A. Weingarden, #115356
        Brian H. Liebo, #277654
        Attorney for Movant
        4500 Park Glen Road, #300
        Minneapolis, MN 55416
        (952) 925-6888